UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

TREVAR D. WARREN,
    Plaintiff,

VS.

MAK LOGISTICS CORP, FEDEX GROUND
PACKAGE SYSTEM, INC., and
DELBERT D. ARMSTRONG,
    Defendants.

**CASE NO. 4:18-cv-0180-JHM**
Removed from Ohio Circuit Court
Civil Action No. 18-CI-0379

## AGREED ORDER OF DISMISSAL

The Plaintiff, Trevar D. Warren, having informed the Court that he has resolved his claims against the Defendants in this matter, and the Court hereby acknowledging the resolution of all claims and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. All claims that have been asserted or could have been asserted by the Plaintiff, Trevar D. Warren, against the Defendant, FedEx Ground Package System, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

2. All claims that have been asserted or could have been asserted by the Plaintiff, Trevar D. Warren, against the Defendant, MAK Logistics Corp, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

3. All claims that have been asserted or could have been asserted by the Plaintiff, Trevar D. Warren, against the Defendant, Delbert D. Armstrong, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

4. There being no remaining claims or causes of action, this matter is therefore stricken from the docket of this Court.

5. This is a final and appealable Order and there is no just cause for delay.

SO ORDERED.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 2, 2019

HAVE SEEN AND AGREED TO BE ENTERED:

| | |
|---|---|
| _/S/ David M. Scott_ | _/S/ Michael T. Davis_ |
| Hon. David M. Scott | Hon. Michael T. Davis |
| Direct: 502-451-4878 | Direct: (859) 368-7961 |
| Hon. Nicholas K. Haynes | 301 E. Main Street, Suite 400 |
| Direct: 502-458-1000 | Lexington, KY 40507 |
| 1601 Business Center Court | *Counsel for Defendants* |
| Louisville, Kentucky 40299 | |
| *Counsel for Plaintiff* | |